IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 14 2007
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 5:07cr17 DCB-JCS-06

TOMMIE L. SHEPPERD

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against TOMMIE L. SHEPPERD without prejudice.

DUNN LAMPTON
United States Attorney

By: /s/ Sandra G. Moses
SANDRA MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 11th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE